UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ISAEL SANCHEZ-MERCEDES, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 19-0054 (TNM) |
| | ) | |
| v. | ) | |
| | ) | |
| BUREAU OF PRISONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' STATEMENT OF MATERIAL FACT

Pursuant to Local Civil Rule 7(h), defendants hereby submit this statement of material fact as to which there is no genuine dispute in support of their motion for summary judgment as to plaintiff's failure to exhaust administrative remedies.

1. Plaintiff has not filed any medical-related administrative remedies subsequent to the one that he filed on June 3, 2014, for the removal of his cane on May 6, 2014, and the medical care provided to him after he fell.  Declaration of Renee Brinker Fornshill ¶¶ 4, 5.

Date:  April 22, 2019

Respectfully submitted,

JESSIE K. LIU, D.C. Bar # 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

By:  /s/ Marsha W. Yee
MARSHA W. YEE
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
Telephone:  (202) 252-2539
Email:  Marsha.Yee@usdoj.gov

*Counsel for Defendants*